# MISCELLANEOUS CASE COVER SHEET

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Civil Rights Corps, Cynthia Godsoe, Nicole Smith Futrell, Daniel S. Medwed, Justin Murray, Abbe Smith, and Steven Zeidman | GEORGIA PESTANA, Corporation Counsel of the City of New York, in her official and personal capacity; MELINDA KATZ, the District Attorney for Queens County, in her official and personal capacity; ANDREA E. BONINA, Chair of the State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, in her official and personal capacity; DIANA MAXFIELD KEARSE, Chief Counsel of the State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, in her official and personal capacity; and HECTOR D. LASALLE, Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York, in his official capacity |
| **Attorney's** (Firm Name, Address, and Telephone Number) | **Attorneys (If Known)** |
| Gregory L. Diskant<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas, New York, NY 10036<br>(212) 336-2000 | |

**DESCRIPTION OF CASE**

42 U.S.C. § 1983; First Amendment of the U.S. Constitution; Fourteenth Amendment of the U.S. Constitution; Article I §8 of the N.Y.S. Constitution; N.Y.S. Judiciary Law § 4; N.Y.S. Judiciary Law § 90(10)

**Has this or a similar case been previously filed in SDNY?**

No? [✓]   Yes? [ ]   Judge Previously Assigned _____

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]

If yes, give date _____ & Case No. _____

**NATURE OF CASE**

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings
- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order From Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case In This Court
- [ ] M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

**NATURE OF CASE CONTINUED**

- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)

- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory  _____
- [ ] M 94 Other  _____

- [x] M 98 Application to file a civil case under seal.

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY?  IF SO, STATE:**

**JUDGE**_____   **MISCELLANEOUS CASE NUMBER**_____

**NOTE:** **Please submit at the time of filing an explanation of why cases are deemed related**

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Civil Rights Corps, 1601 Connecticut Avenue NW, Suite 800, Washington, DC 20009
Cynthia Godsoe, Brooklyn Law School, 250 Joralemon Street, Brooklyn, NY 11201
Nicole Smith Futrell, CUNY Law School, 2 Court Square W, Queens, NY 11101
Daniel S. Medwed, 416 Huntington Ave, Boston, MA 02115
Justin Murray, 52 Hamilton St., Madison, NJ 07940
Abbe Smith, Georgetown University Law Center, 600 New Jersey Ave NW, Washington, DC 20001
Steven Zeidman, CUNY Law School, 2 Court Square W, Queens, NY 11101

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Georgia Pestana, Corporation Counsel of the City of New York, 100 Church St, New York, NY 10007

Melinda Katz, The District Attorney for Queens County, 125-01 Queens Boulevard, Kew Gardens, New York 11415

Andrea E. Bonina, State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, Renaissance Plaza 335 Adams Street, Suite 2400, Brooklyn, New York 11201-3745

Diana Maxfield Kearse, State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, Renaissance Plaza 335 Adams Street, Suite 2400, Brooklyn, New York 11201-3745

Hector D. LaSalle, Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York, 45 Monroe Place, Brooklyn, NY 11201

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE   ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE      **No** ✔      **Yes** ☐
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO      **WHITE PLAINS** ☐     **MANHATTAN** ✔

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| 10/27/21 | s/ Gregory L. Diskant | ☐ U.S. GOVERNMENT ATTORNEY |
| | | ☐ NO |
| RECEIPT # | | ✔ YES (DATE ADMITTED MO.___9___ YR. _1981__) ATTORNEY BAR CODE # GD8397 |

Ruby J. Krajick, Clerk of Court,  _____     Dated_____

by  Rev. 04/2019